# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ROY LEE MATTHEWS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. 7:10-CV-1695-CLS-TMP** |
| | ) |
| **DAVID ABSTON and** | ) |
| **DEBRA ABSTON,** | ) |
| | ) |
|    **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 20, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and it hereby is, ADOPTED, and the recommendation ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 19th day of November, 2010.

                                                _____
                                                United States District Judge